UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MANUBHAI N. PATEL, et al., | )<br>)<br>) |
| Plaintiff(s), | )<br>) |
| vs. | )    Case No. 4:06CV01207 ERW<br>) |
| MICHAEL CHERTOFF, Secretary of the<br>Department of Homeland Security, et al.,<br>Defendant(s). | )<br>)<br>) |

## JUDGMENT

In accordance with the Memorandum and Order entered on this date and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiffs' claims against Defendants Michael Chertoff, Secretary of the Department of Homeland Security, and Michael Jaromin, District Director of United States Citizenship and Immigration Services in the above-styled Complaint are **DISMISSED, with prejudice** for lack of subject matter jurisdiction.

Dated this 24th Day of April, 2007.

_E. Richard Webber_
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE